UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER WOOLLEY,

     Plaintiff,

v.

WALMART, INC.,

     Defendant.

Case No. 25-cv-12612

Honorable Robert J. White

**ORDER GRANTING PLAINTIFF'S ATTORNEY'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL AND DISMISSING THE CASE WITH PREJUDICE**

Jennifer Woolley commenced this diversity personal injury action against Walmart, Inc. after one of the company's employees pushed a shopping cart into her, knocking her to the ground.

Before the Court is Wolley's attorney's unopposed motion to withdraw as counsel. (ECF No. 15).  The Court held a hearing on the motion on March 10, 2026. For the reasons stated on the record, it is hereby,

ORDERED that Wolley's attorney's unopposed motion to withdraw as counsel (ECF No. 15) is granted.

IT IS FURTHER ORDERED that the case is dismissed with prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b); E.D. Mich. LR 41.2.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to close the case.

Dated: March 10, 2026                    s/ Robert J. White
                                         Robert J. White
                                         United States District Judge